**UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IAN MCCABE STUDIO, LLC and IAN MCCABE STUDIO AT UNION MARKET, LLC**<br><br>                              **Plaintiffs,**<br><br>vs.<br><br>**ERIE INSURANCE EXCHANGE**<br><br>                              **Defendant.** | **No: 2:20-cv-01973** |

**PLAINTIFF'S NOTICE OF DIMISSAL OF ACTION WITHOUT PREJUDICE**

Pursuant to Rule 41(A)(1)(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above action without prejudice.

Dated: May 28, 2020                                          Respectfully submitted,

                                                                             */s/ Daniel C. Levin*

                                                                             Arnold Levin, Esq.
                                                                             Laurence Berman, Esq.
                                                                             Frederick Longer, Esq.
                                                                             Daniel Levin, Esq.
                                                                             **LEVIN SEDRAN & BERMAN LLP**
                                                                             510 Walnut Street, Suite 500
                                                                             Philadelphia, PA 19106-3697
                                                                             Telephone: (215) 592-1500
                                                                             alevin@lfsblaw.com
                                                                             flonger@lfsblaw.com
                                                                             dlevin@lfsblaw.com

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on May 28, 2020 a copy of the foregoing was served on all counsel via the Court's electronic notification system.

*/s/ Daniel C. Levin*

Daniel Levin, Esq.